**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 17-6234

JOVICA PETROVIC,

       Plaintiff – Appellant,

       v.

WARDEN STEPHANIE HOLLEMBEAK; MR. HISCOCKS, Assistant Warden; CAPTAIN SMITH; LIEUTENANT CANDALARIO; LIEUTENANT RODENBAUGH; LIEUTENANT PLUCKER; LIEUTENANT MOORE; LIEUTENANT WRIGHT; UNIT MANAGER UNKNOWN GREGORY; CORRECTIONAL OFFICER COOR; OFFICER PEELE; DR. MEREDITH ROSENTHAL,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:16-ct-03097-BO)

Submitted:  April 20, 2017                 Decided:  April 25, 2017

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jovica Petrovic, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jovica Petrovic seeks to appeal the district court's order entered after a preliminary screening of Petrovic's complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Petrovic seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*